IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY D. PROFFITT, | |
| Plaintiff, | No. CIV S-06-2144 FCD KJM P |
| vs. | |
| REDDING POLICE DEPARTMENT, et al., | |
| Defendants. | |
| _____/ | |
| JERRY D. PROFFITT, | |
| Plaintiff, | No. CIV S-06-2147 DFL KJM PS |
| vs. | |
| R. CAMPBELL, et al., | |
| Defendants. | ORDER |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed two civil rights actions under 42 U.S.C. § 1983, both relating to linked events in Shasta County. These cases appear to be related under the meaning of Local Rule 83-123(a), because they involve many of the same parties, are based on the same or similar or linked events, and present similar questions of fact and law. Accordingly, assignment of the matters to the same district judge and magistrate judge

1

1   is likely to effect a substantial savings of judicial effort and also is likely to be convenient for the
2   parties.
3              The parties should be aware that relating the cases under Local Rule 83-123
4   merely has the result that these actions are assigned to the same judge and magistrate judge; no
5   consolidation of the actions is effected.  Under the regular practice of this court, related cases are
6   generally assigned to the judge and magistrate judge to whom the first filed action was assigned.
7              Moreover, it appears that Civ. No. 06-2147 should be classified as a prisoner
8   case.         Plaintiff has not filed an in forma pauperis affidavit or paid the required filing fee
9   in either action.  See 28 U.S.C. §§ 1914(a), 1915(a).  Plaintiff will be provided the opportunity
10  either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or
11  to submit the appropriate filing fee.
12             In accordance with the above, IT IS HEREBY ORDERED that:
13             1. The action denominated CIV. No. S-06-2147 DFL KJM PS be, and the same
14  hereby, reassigned to Judge Damrell for all further proceedings.  Henceforth, the caption on
15  documents filed in the reassigned case shall be shown as CIV. No. S-06-2147 FCD KJM P
16             2. The Clerk of the Court make appropriate adjustment in the assignment of civil
17  cases to compensate for this reassignment.
18             3.  The Clerk of the Court is directed to recategorize CIV. No. 06-2147 FCD
19  KJM PS as a prisoner case.
20             4. Plaintiff shall submit, within thirty days from the date of this order, affidavits
21  in support of his requests to proceed in forma pauperis on the forms provided by the Clerk of
22  Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the
23  dismissal of these actions; and
24  /////
25  /////
26  /////

1         5.  The Clerk of the Court is directed to send plaintiff two Applications to
2 Proceed In Forma Pauperis By a Prisoner.
3 DATED:  November 20, 2006.

_____
U.S. MAGISTRATE JUDGE

6 2/mp
prof2144.3a

3