IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY D. PROFFITT,

    Plaintiff,                                      No. CIV S-06-2144 FCD KJM P

    vs.

REDDING POLICE DEPARTMENT, et al.,

    Defendants.
_____/

JERRY D. PROFFITT,

    Plaintiff,                                      No. CIV S-06-2147 DFL KJM P

    vs.

R. CAMPBELL, et al.,

    Defendants.                                <u>ORDER</u>
_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On November 21, 2006, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis.  Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately

1

1  preceding the filing of the complaint and obtained the certification required on the application
2  form.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit the
3  completed application and the certified copy in support of his application to proceed in forma
4  pauperis.
5        In accordance with the above, IT IS HEREBY ORDERED that:
6        1.  Plaintiff shall submit, within thirty days from the date of this order, a certified
7  copy of his prison trust account statement for the six month period immediately preceding the
8  filing of the complaint and the certification required on the application form.  Plaintiff's failure
9  to comply with this order will result in a recommendation that this action be dismissed without
10 prejudice.
11       2.  The Clerk of the Court is directed to send plaintiff two new Applications to
12 Proceed In Forma Pauperis By a Prisoner.
13 DATED: January 9, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
prof2144and2147.3e(2)