IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY D. PROFITT,

        Plaintiff,                    No. CIV S-06-2144 FCD KJM P

    vs.

REDDING POLICE DEPARTMENT, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On January 31, 2007, this court dismissed plaintiff's complaint but gave him leave to amend one claim, relating to his cell-mate's attack on him.

        On February 9, 2007, plaintiff filed an amended complaint, containing claims relating to his criminal conviction, which this court has found were barred by Heck v. Humphrey, 512 U.S. 477, 486-87 (1994). He has not included any claims about the cell-mate's assault. The action, therefore, is not cognizable.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

1 days after being served with these findings and recommendations, plaintiff may file written
2 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5 F.2d 1153 (9th Cir. 1991).

6 DATED:   May 29, 2007.

_____
U.S. MAGISTRATE JUDGE

2

prof2144.56